DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUNAY MARTINEZ,** a/k/a f/k/a
**SUNAY GALAN**
Appellant,

v.

**FRANK LOPEZ, MIGUEL ROSARIO,** and
**FLORIDA DEPARTMENT OF REVENUE,**
Appellees.

No. 4D20-1064

[August 5, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha S. Francis, Judge; L.T. Case No. 502018DR003698XXXXMB.

Marti Goldstein of Marti Goldstein, P.A., Coral Gables, for appellant.

Stephanie McQueen of Stephanie McQueen, P.A., West Palm Beach, for appellee Frank Lopez.

No brief filed for appellee Florida Department of Revenue.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***